# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| ERIC T. HAMMONDS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 3:15-cv-1141 |
| | ) | Judge Trauger |
| W.C. JAIL MEDICAL STAFF, ET AL., | ) | |
| Defendants. | ) | |

## O R D E R

On August 8, 2016, the magistrate judge issued a Report and Recommendation (Docket No. 57), to which no timely objections have been filed[1]. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss filed by defendant Kevin Boyd (Docket No. 28) is GRANTED, and all claims in this action against defendant Boyd are DISMISSED WITH PREJUDICE. Any appeal from this Order would not be certified as taken in good faith.

It is so **ORDERED.**

ENTER this 29th day of August 2016.

_____
ALETA A. TRAUGER
U.S. District Judge

---

[1] The court does not interpret the document filed by the pro se plaintiff on August 24, 2016 entitled "Deliberate Indifference" (Docket No. 66) as objections to this Report and Recommendation, as the document filed relates to three totally different defendants.