IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIC T. HAMMONDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-1141 |
| ) | Judge Trauger |
| W.C. JAIL MEDICAL STAFF, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The magistrate judge issued a Report and Recommendation on September 2, 2016 (Docket No. 77), to which the *pro se* plaintiff has filed an objection document (Docket No. 83). The plaintiff simply addresses the relief that he seeks in the lawsuit and makes no specific objection to the ruling made by the magistrate judge. The objection in therefore OVERRULED, and the Report and Recommendation is ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the "W.C. Jail Medical Staff" are dismissed as defendants in this lawsuit.

It is so **ORDERED.**

ENTER this 1st day of March 2017.

_____
ALETA A. TRAUGER
U.S. District Judge