# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ERIC T. HAMMONDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:15-cv-1141 |
| ) | Judge Trauger |
| W.C. JAIL MEDICAL STAFF, ET AL., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

On November 29, 2016, the magistrate judge issued a Report and Recommendation (Docket No. 84), to which no timely objections have been filed. The Report and Recommendation is ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss filed by defendants Handy, Resenbalm, Barnett, Leonard, Kish, Corriveau, and Sidberry (Docket No. 79) is GRANTED, and all claims against these defendants are DISMISSED with prejudice. No claims remaining in this case, the case is DISMISSED with prejudice. Any appeal from this dismissal will not be certified as taken in good faith.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

ENTER this 1st day of March 2017.

_____
ALETA A. TRAUGER
U.S. District Judge